PROB 34
(Rev. 5/01)

**Report and Order Terminating Probation**

# UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*

FILED
DISTRICT COURT OF GUAM
NOV -7 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

CONCEPCION BORJA ATALIG

CRIMINAL CASE NO. 03-00038-001

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **September 3, 2006**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *Judy Anne J. Ocampo*
JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: AUSA
G. Patrick Civille, Defense Counsel
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 7th day of November, 2006.

HON. FRANCES TYDINGCO-GATEWOOD
Chief Judge
District of Guam

RECEIVED
NOV - 7 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL